IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**EDWARD E. FOX**   **PLAINTIFF**

**vs.**   Civil Action No. 3:07-cv-677 HTW-LRA

**HINDS COUNTY BOARD OF
SUPERVISORS, ET AL.**   **DEFENDANTS**

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that plaintiff's complaint as to defendant Keith Bankston is dismissed without prejudice. The remaining defendants have been dismissed with prejudice, and final judgment is hereby entered in favor of all defendants. The above-styled and numbered cause is dismissed.

**SO ORDERED, this the 25th day of November, 2009.**

            **s/ HENRY T. WINGATE
            CHIEF UNITED STATES DISTRICT JUDGE**